754 A.2d 615

STATE OF NEW JERSEY, IN INTEREST OF H.H., JUVENILE.

Superior Court of New Jersey
Appellate Division

Submitted January 26, 2000—Decided July 17, 2000.

Before Judges KING and CARCHMAN.

*Jeffrey S. Blitz*, Atlantic County Prosecutor, attorney for appellant (*James F. Smith*, Assistant County Prosecutor, of counsel and on the brief).

*John W. Tumelty*, attorney for respondent.

PER CURIAM.

The judgment is affirmed for the reasons stated in the opinion of Judge Jackson.